1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
7 | Fax: (408) 535-5066
E-Mail: jeff.nedrow@usdoj.gov

8

Attorneys for United States of America

Filed
MAR 22 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN THE MATTER OF:

THE EXTRADITION OF

CARL STEPHEN KAMINSKI

) Misc. No. CR 13 90235 MISC
)
) COMPLAINT FOR PROVISIONAL
) ARREST WITH A VIEW TOWARDS
) EXTRADITION (18 U.S.C. § 3184)
)
)
)
)

I, the undersigned Assistant United States Attorney, being duly sworn, state on information and belief that the following is true and correct:

1. In this matter, I act for and on behalf of the Government of Albania ("requesting state");

2. There is an extradition treaty in force between the United States and Albania, which entered into force on November 13, 1935;

3. In accordance with Article 1 of the extradition treaty, the Government of Albania has asked the United States through diplomatic channels for the extradition of CARL STEPHEN KAMINSKI;

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION AND ORDER

4. According to the information provided by the requesting state in the form authorized by the extradition treaty, on May 22, 2012, the Court of the Durres Judicial District in Albania issued a warrant for the arrest of CARL STEPHEN KAMINSKI based on charges of multiple counts of sexual intercourse with minors, an offense specified in Article 100/2 of the Criminal Code of Albania (subject to a punishment of fifteen to twenty-five years imprisonment).

5. The warrant was issued on the basis of the following facts: as set forth in the extradition request dated March 8, 2013, on or about July 3, 2006, CARL STEPHEN KAMINSKI ("KAMINSKI") was travelling near Rosenheim, Republic of Germany, wherein he was detained by German authorities. At that time, KAMINSKI presented a Belgian passport which falsely identified him as Gerard Golderstein. For possessing the false passport, KAMINSKI was sentenced to one year and four months imprisonment in Germany. After the end of the preceding sentence, KAMINSKI was extradited and handed over to U.S. authorities on or about November 2, 2007, to face charges of lewd and lascivious acts with a minor filed at the Santa Clara County Superior Court, in San Jose, California. At the time of his surrender, U.S. authorities also received CDs which had been in KAMINSKI's possession at the time of his arrest in Germany.

The CDs which had been seized during KAMINSKI's arrest contained video images of what appeared to be minors being sexually abused. German authorities were able to identify that the abuse had occurred in Albania, and that video evidence was shared with Albanian authorities who initiated an investigation.

As part of the resulting Albanian investigation, statements were taken in Albania from numerous witnesses who knew KAMINSKI by KAMINSKI's alias name of David Golderstein, who also claimed to be a Belgian national. In particular, two of the child victims stated that they and their respective families lived in apartments located in the same building as KAMINSKI during the years 2003 through 2006. During that time, KAMINSKI befriended the two victims, and another friend of the victims, initially by letting them play on his computer and teaching them English. Over time, KAMINSKI initially asked the victims to pose for photographs while in varying stages of undress, and then progressed to sexually abusing them on

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION AND ORDER         -2-

several occasions, including touching their sexual organs and committing acts of oral sodomy. All victims were under the age of 14 when at least some of the acts occurred. One of these victims has positively identified the photograph contained within the extradition request as the individual who identified himself to be David Golderstein, also known as CARL STEPHEN KAMINSKI.

From the video evidence and statements made by the witnesses, Albanian authorities determined that there was a reasonable suspicion that CARL STEPHEN KAMINSKI had violated Article 100/2 of the Criminal Code of the Republic of Albania by having sexual intercourse with minors in Albania. On that basis, and in conformity with the first paragraph of Article 7 of the Criminal Code of the Republic of Albania, a warrant was issued for the arrest of CARL STEPHEN KAMINSKI under Article 238 of the Code of Criminal Procedure of the Republic of Albania.

6. Sexual abuse of minors is an offense which falls under Article 2 of the Extradition Treaty between the United States and Albania.

7. CARL STEPHEN KAMINSKI is a citizen of the United States, born on June 1, 1942 in Massachusetts. He is a white male, approximately 6 feet tall and weighing 173 pounds. KAMINSKI has brown hair and hazel eyes. According to local officials, KAMINSKI is currently in the custody of the Santa Clara County Sheriff and pending proceedings in Santa Clara County Superior Court on a Sexually Violent Predator (SVP) charge filed by the Santa Clara County District Attorney's Office.

WHEREFORE, the undersigned complainant requests that a warrant for the arrest of the afore-named person be issued in accordance with Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and Albania; and that, if on such hearing, the Court deems the evidence sufficient under the provisions of the treaty to sustain the charges, the Court certify the same to the Secretary of State in order that a warrant may be issued for the surrender of CARL STEPHEN KAMINSKI to the appropriate authorities of Albania according to the stipulations of the treaty; and for such other actions as the Court at the time may be required to

//

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION AND ORDER        -3-

take under the provisions of the treaty and the laws of the United States.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: 3/21/13

JEFFREY D. NEDROW
Assistant United States Attorney

Sworn to before me and subscribed in my presence this 21 day of March, 2013, at San Jose, California.

HOWARD R. LLOYD
United States Magistrate Judge

COMPLAINT FOR PROVISIONAL ARREST
RE: EXTRADITION AND ORDER